**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2319 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 145 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 38373 |
| | : | |
| MICHAEL J. HALPRIN, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 30th day of March, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Michael J. Halprin is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. He shall comply with all the provisions of Pa.R.D.E. 217.